1  William E. Bonham, SB# 55478
   916 2nd Street, 2nd Floor, Ste. A
2  Sacramento, California 95814
   Telephone: (916) 557-1113
3  Attorney for defendant RUDY TAFOYA

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         No.  14-MJ-00076-EFB

12         Plaintiff,                **STIPULATION AND [PROPOSED]**
                                     **ORDER TO CONTINUE PRELIMINARY**
13    v.                             **EXAMINATION**

14 RUDY TAFOYA,

15         Defendant.

16

17    Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States,

18 through its undersigned counsel, hereby agree and request that the preliminary examination

19 currently set for Thursday, May 8, 2014 at 2:00 pm be vacated and reset for Thursday, May 22,

20 2014 at 2:00 pm.

21    The parties have discussed a potential pre-indictment resolution of this matter.  The

22 parties need further time to discuss this matter, discuss any potential consequences, and to allow

23 counsel for the defendant reasonable time necessary for preparation and further investigation.

24    The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or

25 indictment charging an individual with the commission of an offense shall be filed within thirty

26 days from the date on which such individual was arrested."  Time may be excluded under the

27 Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance

28 outweigh the best interests of the public and the defendant in a speedy trial.   18 U.S.C. §

1

1  3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or
2  information shall be filed from May 8, 2014, through and including May 22, 2014, pursuant to 18
3  U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant…….
4  The reasonable time necessary for effective preparation, taking into account the exercise of due
5  diligence."
6      Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Dated: May 5, 2014                    BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:/s/ WILLIAM BONHAM for
                                      JUSTIN LEE
                                      Assistant U.S. Attorney


Dated: May 5, 2014                    By:/s/ WILLIAM  BONHAM for
                                      WILLIAM BONHAM
                                      Counsel for defendant RUDY TAFOYA

# **ORDER**

IT IS SO FOUND AND ORDERED, this 6th day of May, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE