BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-MJ-0076 |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| RUDY TAFOYA, | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on June 12, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until July 3, 2014, at 2:00 p.m.
3. The defendant is presently in custody.

///

///

Stipulation to Continue                1                United States v. Tafoya

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from June 12, 2014, through and including July 3, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: June 5, 2014          /s/ Justin L. Lee      _
                             JUSTIN L. LEE
                             Assistant U.S. Attorney
/////
/////
/////

Stipulation to Continue              2              United States v. Tafoya

DATED: June 5, 2014         /s/ William Bonham
                            WILLIAM BONHAM
                            Attorney for Rudy Tafoya
                            (as authorized on June 5, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED, this 10th day of June, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE