1 | William E. Bonham, SB# 55478
2 | 916 2nd Street, 2nd Floor, Ste. A
  | Sacramento, California 95814
  | Telephone: (916) 557-1113
3 | Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14-MJ-00076-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY EXAMINATION** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the preliminary examination currently set for Thursday, July 3, 2014 at 2:00 pm be vacated and reset for Thursday, July 24, 2014 at 2:00 pm.

The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

1

1  3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or
2  information shall be filed from July 3, 2014, through and including July 23, 2014, pursuant to 18
3  U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant…….
4  The reasonable time necessary for effective preparation, taking into account the exercise of due
5  diligence."
6      Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Dated: June 30, 2014              BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:/s/ WILLIAM BONHAM for
                                  JUSTIN LEE
                                  Assistant U.S. Attorney


Dated: June 30, 2014              By:/s/ WILLIAM BONHAM for
                                  WILLIAM BONHAM
                                  Counsel for defendant RUDY TAFOYA

**<u>ORDER</u>**

IT IS SO FOUND AND ORDERED, this 1st day of July, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE